IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Young, Nicole | Case Number: 08 B 07285 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed: 3/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 16, 2008
Confirmed: June 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,679.62 | |
| Secured: | | 616.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,888.44 |
| Trustee Fee: | | 175.18 |
| Other Funds: | | 0.00 |
| Totals: | 2,679.62 | 2,679.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,591.50 | 1,888.44 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 5. | GMAC Auto Financing | Secured | 4,065.69 | 616.00 |
| 6. | Litton Loan Servicing | Secured | 3,631.79 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 989.16 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 35.43 | 0.00 |
| 9. | GMAC Auto Financing | Unsecured | 131.64 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 5.00 | 0.00 |
| 11. | Nicor Gas | Unsecured | 57.19 | 0.00 |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | CBCS | Unsecured | | No Claim Filed |
| | | | $ 12,507.40 | $ 2,504.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 107.21 |
| 6.6% | 67.97 |
| | $ 175.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Young, Nicole | Case Number:  08 B 07285 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed:  3/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

